IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONYA M. BEASLEY,<br>Plaintiff,<br><br>v.<br><br>CITY OF GRANITE CITY and<br>CRAIG KNIGHT,<br>Defendants. | Case No. 19–CV–01109–JPG |

## JUDGMENT

This matter having come before the Court, and the Court having granted summary judgment on behalf of the defendants,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Tonya M. Beasley's Complaint against Defendants City of Granite City and Craig Knight is **DISMISSED WITH PREJUDICE**.

Dated: Thursday, December 17, 2020         MARGARET M. ROBERTIE
                                            CLERK OF COURT

                                            **s/Tina Gray, Deputy Clerk**

Approved by: s/J. Phil Gilbert
             **J. PHIL GILBERT**
             **UNITED STATES DISTRICT JUDGE**